Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-00197 |
| | ) | Judge Trauger |
| DARIUS QUONTEZ LEWIS | ) | |

## SECOND MOTION TO CONTINUE THE TRIAL DATE AND RELATED DEADLINES

Comes Darius Quontez Lewis, through counsel, and moves this Honorable Court to continue the trial of this case from April 30, 2013, to a date appropriate to the Court's calendar in June or July, 2013.

Alex Little, the Assistant United States Attorney handling the case for the government, is not opposed to Mr. Lewis' request. A Waiver of Speedy Trial executed by the defendant is being filed with this motion.

Counsel met with Mr. Lewis on Tuesday, April 16, 2013, to discuss his case and some very material, just-disclosed additional discovery material. In addition, a disc of discovery had to be re-duplicated as the first disc was faulty. Mr. Lewis now has his copy of the discovery disc and the additional discovery material.

Counsel is still confident that a disposition will be reached in this case, but additional time is necessary. Mr. Lewis continues to be housed in Grayson County, Kentucky, and meetings and communications with the client require additional time and planning. Time for further investigation is necessary.